Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-01611-6, Sergio Armijo, J., entered March 10, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 27708-5-II. Division Two. July 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH G. WILLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 01-1-00009-1, David E. Foscue, J., entered July 25, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 27781-6-II. Division Two. July 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN WESLEY HOWE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00602-7, M. Karlynn Haberly, J., entered September 10, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 28016-7-II. Division Two. July 29, 2003.]

RALPH L. ERVIN, ET AL., *Appellants*, v. ARTHUR N. MULLER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-2-00182-0, Toni A. Sheldon, J., entered October 1, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Armstrong, JJ.